Commonwealth *v.* Baker, Appellant.

Argued April 11, 1973. *S. Ferito,* with him *William D. Phillips,* for appellant; *Jack H. France,* Assistant District Attorney, with him *Jess D. Costa,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Ball et al., Appellants.

Submitted April 9, 1973. *Richard E. Davis, Albert D. Massi* and *John A. Havey,* Assistant Public Defenders, for appellants; *Joseph M. Stanichak,* Assistant District Attorney, and *Joseph S. Walko,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

Commonwealth *v.* Ball et al., Appellants.

Submitted April 9, 1973. *Richard E. Davis* and *John A. Havey,* for appellants; *Joseph M. Stanichak,* Assistant District Atorney, and *Joseph S. Walko,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.